UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TYRONE WEBER #379415** | **CASE NO. 3:25-CV-00698 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BRANDY G FLETCHER** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 10], together with Plaintiff's written and filed objections thereto [Doc. No. 11], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Tyrone Weber's claims that Defendant Fletcher deprived him of funds are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted but otherwise **WITHOUT PREJUDICE** to Plaintiff's right to pursue relief under state law in state court for the same alleged conduct.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 19th day of August 2025.

_____
Terry A. Doughty
United States District Judge